IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BOILER TUBE COMPANY OF AMERICA
ET AL,

    Plaintiffs,

v.

POWER & INDUSTRIAL SERVICES
CORPORATION,

    Defendant.

2:16-cv-1215

**ELECTRONICALLY FILED**

## **ORDER**

AND NOW, this 8th day of December, 2016, it is hereby ORDERED that his action has been resolved and the only matter remaining to be completed is the submission of a stipulation for dismissal. IT IS HEREBY ORDERED that the Clerk mark the above-captioned action CLOSED. IT IS FURTHER ORDERED that the Court expressly retains jurisdiction of this matter to consider any issue arising during the period when such stipulation is being finalized, including but not limited to enforcing any settlement.

s/ Mark R. Hornak
Mark R. Hornak
United States District Judge