# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOILER TUBE COMPANY OF AMERICA, a Delaware corporation and THERMAL ENGINEERING INTERNATIONAL (USA) INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>POWER & INDUSTRIAL SERVICES CORPORATION, a Pennsylvania corporation,<br><br>Defendant. | Civil Action No. 2:16-cv-1215-MRH<br><br>Judge Mark R. Hornak |

## JOINT STIPULATION FOR DISMISSAL

Plaintiffs Boiler Tube Company of America and Thermal Engineering International (USA) Inc. and Defendant Power & Industrial Services Corporation, by and through their counsel, jointly stipulate and represent to the Court that the matters in dispute between them in the above-captioned action have been compromised and settled.

Therefore, it is hereby jointly stipulated pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-captioned action be dismissed with prejudice without cost to any party, and that each party shall bear its own costs and attorney's fees.

| | |
|---|---|
| Dated: December 9, 2016 | */s/ Jeffrey J. Bresch* |
| | Jeffrey J. Bresch (PA I.D. No. 66777) |
| | JONES DAY |
| | 500 Grant Street, Suite 4500 |
| | Pittsburgh, PA 15219-02514 |
| | 412-391-7234 (telephone) |
| | 412-394-7959 (facsimile) |
| | jbresch@jonesday.com |
| | |
| | *Counsel for Plaintiffs* |
| | *Boiler Tube Company of America and Thermal Engineering International (USA) Inc.* |
| | |
| | */s/ James V. Corbelli* |
| | James V. Corbelli (PA I.D. No. 56671) |
| | Shannon A. DeHarde (PA I.D. No. 315886) |
| | BABST, CALLAND, CLEMENTS and ZOMNIR, P.C. |
| | Two Gateway Center, 8th Floor |
| | 412-394-5400 |
| | |
| | *Counsel for Defendant* |
| | *Power & Industrial Services Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2016, a true and correct copy of the foregoing document was served upon counsel of record via the ECF electronic filing system.

/s/ *Jeffrey J. Bresch*
Counsel for Plaintiffs